## CONSENT TO BECOME A PARTY PLAINTIFF

     1.     I consent and agree to pursue my claims of overtime and other wage claims through the lawsuit filed against my former employer.

     2.     I understand that this lawsuit is brought under the Fair Labor Standards Act and under Illinois' minimum wage law. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

     3.     I intend to pursue my claim individually, unless and until the Court certifies this case as a collective which I understand has also been alleged.

     4.     In the even the case is certified and then decertified, I authorize Plaintiff's counsel to use this consent form to re-file my claims in a separate or related action against my employer.

Damian Stepien
_____
Name

*Damian Stepien*
_____
Signature

02/06/2019
_____
Date Signed